IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS A. SAMANO, | 1:07-cv-00394-OWW-NEW(DLB) PC |
|     Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| W. COPELAND, et al., | (DOCUMENT #11) |
|     Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **August 21, 2007**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE